**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**TERRY SMITH,**

                  **Plaintiff,**                  **No. 05-cv-0968**
                                                                   **(GLS-DEP)**

                  **v.**

**BEZALEL WURZBERGER,**

                  **Defendant.**
_____

**APPEARANCES:**                            **OF COUNSEL:**

**FOR THE PLAINTIFF:**
TERRY SMITH
*Pro Se*
98-A-3744
Attica Correctional Facility
Box 149
Attica, New York 14011

**FOR THE DEFENDANT:**
HON. ANDREW M. CUOMO         MICHAEL G. McCARTIN, ESQ.
New York Attorney General
The Capitol
Albany, New York 12224

**Gary L. Sharpe**
**U.S. District Judge**

## DECISION AND ORDER

    The above-captioned matter comes to this court following a Report

and Recommendation ("R&R") by Magistrate Judge David E. Peebles, filed March 27, 2008. (Dkt. No. 34.)[1] The R&R recommended that the defendant's motion for summary judgment be granted. Pending are the plaintiff's timely objections ("Objections") to the R&R. (Dkt. No. 35.)

It is plain from the plaintiff's Objections that he disagrees with the result reached by Judge Peebles. However, beyond noting his disagreement, he does not point to any specific errors in the R&R. Rather, his Objections are general and conclusory in nature. (*See, e.g.,* Objections at 1 ("Deliberate indifference was explained to the court correctly.").) Therefore, the court has reviewed the R&R for clear error. *See Almonte v. New York State Div. of Parole,* No. 9:04-cv-484, 2006 WL 149049, at *3-6 (N.D.N.Y. Jan. 18, 2006); *Lara v. Bloomberg,* No. 04-cv-8690, 2008 WL 123840, at *3 n.5 (S.D.N.Y. Jan. 8, 2008) (reviewing R&R for clear error where plaintiff's objections "reveal only his disagreement with the conclusions reached by [the Magistrate Judge]" and "do not assert any specific errors contained in the Report"). Upon such review, the court finds no error in Judge Peebles's analysis. Accordingly, the R&R is approved

---

[1] The Clerk is directed to append the R&R to this decision, and familiarity therewith is presumed.

2

and adopted in its entirety.

**WHEREFORE**, for the foregoing reasons, it is hereby

**ORDERED** that Magistrate Judge Peebles's March 27, 2008 Report and Recommendation is adopted in its entirety; and it is further

**ORDERED** that the defendant's motion for summary judgment (Dkt. No. 28) is GRANTED and the Complaint is DISMISSED; and it is further

**ORDERED** that the Clerk provide copies of this Decision and Order to the parties.

**IT IS SO ORDERED.**


Date: May 19, 2008
Albany, New York

*Gary L. Sharpe*
Gary L. Sharpe
U.S. District Judge

3